J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
WQAS KHAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WQAS KHAN,<br><br>    Defendant.<br>_____/ | CR 10-175 JAM<br><br>EX PARTE MOTION FOR JOINT DEFENSE COUNSEL MEETING WITH IN-CUSTODY CLIENTS; PROPOSED ORDER |

    IT IS HEREBY RESPECTFULLY REQUESTED that a joint defense meeting be allowed on June 22, 2010, before or after court at the U.S. Marshal's facility in the Sacramento Federal Courthouse, between defense counsel Tony Serra, Shari White and Gilbert Roque and co-defendants Wqas Khan and Miranda Espinoza respectively.

    Defense counsel for Mr. Khan has spoken to Attorney Gilbert Roque, attorney for Miranda Espinoza, who is also desirous of this joint meeting. This proposed meeting between parties will be to discuss joint defense strategy for upcoming motions, which will expedite the filing of said motions considerably.

    Dated:  June 21, 2010        /s/SHARI L. WHITE
                                                    SHARI L. WHITE
                                                  J. TONY SERRA
                                                  Attorneys for WQAS KHAN

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR 10-175 JAM

   v.

                            ORDER

WQAS KHAN,

    Defendant.
_____/

    Upon good cause shown and agreement by all parties that said joint visitation and meeting be granted, a joint defense meeting between all parties is hereby ordered, and the U.S. Marshals are hereby recommended to so allow.

    Dated: June 21, 2010

                            /s/ John A. Mendez
                            HON. JUDGE JOHN A. MENDEZ
                            U.S. District Court Judge

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331