UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,               CR 10-175 JAM

    v.

WQAS KHAN,                 ORDER ALLOWING JOINT
                                DEFENSE MEETING

    Defendant.
_____/

    Upon good cause shown and agreement by all parties, a joint defense meeting between all parties is hereby ordered for October 19, 2010, and the United States Marshal's Service is hereby recommended to so allow.

    Dated: 10/18/2010

                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ, Judge
                                            United States District Court