IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR. NO. S-10-175 KJM (GGH) |
| vs. | ORDER |
| WQAS KHAN, et al., | |
| Defendants. / | |

Scheduled before the undersigned for February 11, 2011, is defendant Khan's motion for discovery of alleged Brady[1] material to be used, maybe, at an as yet unscheduled Franks[2] hearing. Previously the undersigned adjudicated a similarly based motion brought pursuant to Henthorn.[3] The present motion to compel is in most respects, in the words of a famous baseball philosopher, "deja vu all over again."[4] In light of the fact that defendants have sought reconsideration of the undersigned's initial ruling before the district judge (now the

---

[1] Brady v. Maryland, 373 U.S. 83 (1963).

[2] Franks v. Delaware, 438 U.S. 154 (1978).

[3] United States v. Henthorn, 931 F.2d 29 (9th Cir. 1991).

[4] Yogi Berra, upon witnessing back to back home runs by Mickey Mantle and Roger Maris.

1

1 | Honorable Kimberly J. Mueller), the undersigned vacates without prejudice defendant Kahn's
2 | motion to compel discovery (docket #61) pending Judge Mueller's decision.
3 | DATED: 02/09/2011

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

khan175.ord