IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                             No. CR S-10-0175 KJM GGH

  vs.

WQAS KHAN, et al.,

      Defendants.                          ORDER

/

        Defendant Wqas Khan has filed a motion to reconsider the magistrate judge's order of December 9, 2010, denying his motion to compel discovery and to compel the government to review the personnel file of a state district attorney's investigator.

        Under 28 U.S.C. § 636(b)(1)(A) and Local Rules 303(f) and 430.1(i), this court will uphold a magistrate judge's decision unless it is "clearly erroneous or contrary to law." The court has carefully considered the parties' briefing on defendant's original motions, their briefing on the motion for reconsideration,[1] and also carefully reviewed the factual record and

---

[1] The court notes that defendant's reply brief includes a new argument regarding the purported unusual handing of the state warrant. The court is not required to consider an argument raised for the first time in reply on a motion for reconsideration. *See, e.g., Ojo v. Farmers Group, Inc.*, 565 F.3d 1175, 1186 n.13 (9th Cir. 2009) (reply); *Martinez-Vazquez v. INS*, 346 F.3d 903, 905 n.5 (9th Cir. 2003 (motion for reconsideration). Even considering the argument, which is not supported by the record, the court would not reach a different conclusion with respect to the motion

1

the case law applicable to resolution of the motion for reconsideration.  Having also carefully reviewed the magistrate judge's order, in light of the present record, the court finds the magistrate judge's order is not clearly erroneous or contrary to law.

IT IS THEREFORE ORDERED that defendant Khan's motion for reconsideration (ECF No. 60) is denied.

DATED:  March 24, 2011.

_____
UNITED STATES DISTRICT JUDGE

---

for reconsideration.

2