```
J. TONY SERRA #32639
SHARI L. WHITE #180438
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
WQAS KHAN
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:10-cr-00175 KJM |
| v. | STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON DEFENSE MOTION TO SUPPRESS |
| WQAS KHAN, | |
| Defendant. | |

At the request of the parties, the Court enters this order (1) requesting a briefing schedule be set for the filing and hearing of a Motion to Suppress Evidence/Traverse the Warrant; and (2) excluding time under the Speedy Trial Act from June 30, 2011, based on the following:

1. The defense is informally working with AUSA Hitt to informally resolve all pending discovery issues, relevant to the Motion to Suppress/Traverse the Warrant, without judicial intervention in furtherance of promoting judicial economy;

2. The parties anticipate these remaining issues can be worked out prior to the requested filing and hearing dates for the Motion to Suppress Evidence/Traverse the Warrant proposed herein;

3. Subject to the Court's availability, the parties hereby request the following briefing schedule be set herein: Defense filing of Motion to Suppress/Traverse Evidence September 2, 2011; Government Opposition to be filed September 19, 2011; Defense Reply October 3, 2011 and formal hearing on Motion to Suppress to be set and heard October 13, 2011. At the October 13, 2011 hearing on the Motion to Suppress/Traverse the Warrant, the defense will be respectfully requesting an evidentiary hearing be convened. A status conference date will be set thereafter on November 10, 2011.

4. The parties further stipulate that the time between June 30, 2011, and October 13, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and local rule code T4. Specifically, as set forth above, ongoing discovery production and requests are occurring as well as preparation for future motion practice. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

THE PARTIES THEREFORE STIPULATE that proposed briefing schedule set forth herein be ordered by this Court.

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

```
 1  Dated: June 27, 2011                /s/ SHARI L. WHITE
                                        SHARI L. WHITE
 2                                      Attorney for WQAS KHAN
    Dated: June 27, 2011
 3                                      /s/JASON HITT
                                        JASON HITT, AUSA
 4
```

**ORDER**

**IT IS HEREBY ORDERED** that the following briefing schedule is set: Defense Motion to Suppress/Traverse Evidence shall be filed by September 2, 2011, Government's Opposition shall be filed by September 19, 2011, Defense Reply shall be filed by October 3, 2011 and a non-evidentiary motion hearing is set for October 13, 2011 at 10:00 a.m.

The status conference set for June 30, 2011 is vacated and reset for November 10, 2011.

For the reasons outlined in the parties' stipulation, time is excluded from the calculation of time under the Speedy Trial Act from June 30, 2011, through October 13, 2011 under 18 U.S.C. § 3161(h)(7)(B)(iv) and local code T4. The Court finds the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated:  June 29, 2011.

_____
UNITED STATES DISTRICT JUDGE