IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                      No. 2:10-cr-00175 KJM

    v.

WQAS KHAN,

        Defendant.               ORDER TO SHOW CAUSE

_____/

        Presently before the court is defendant's Wqas Kahn's ("Khan") latest in a series of motions to compel discovery, which was filed on January 20, 2012, subsequently re-noticed on January 26, 2012, and is set to be heard by the undersigned on February 24, 2012 (see Dkt. Nos. 145-47). Through this motion, Khan seeks an order requiring the government to review and produce for an *in camera* review the personnel files and related records of Stanislaus County District Attorney Investigator Kirk B. Bunch, pursuant to United States v. Henthorn, 931 F.2d 28 (9th Cir. 1991), and related authority.[1] The court previously denied a similar motion. (Order, Dec. 9, 2010, Dkt. No. 55, reconsideration denied by Order, Mar. 28, 2011, Dkt. No. 80.)

---

[1] The court granted defendant's request for an evidentiary hearing concerning motions to quash and suppress that implicate Investigator Bunch, made in part pursuant to Franks v. Delaware, 438 U.S. 154 (1978). (See Order, Jan. 12, 2012, Dkt. No. 143.) It does not appear that the court has set a hearing date.

1

The court's docket reveals that the government has not filed a written opposition to the motion to compel or otherwise responded to the motion. Assuming that the motion is properly before the court and was noticed on January 26, 2012, the government was required to file a written opposition to the motion, or a statement of non-opposition, on or before February 2, 2012. See E. Dist. Local Rule 430.1(d) ("The responding party shall file and serve an opposition brief and any accompanying affidavits or documentary evidence on all other parties within seven (7) days. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question."). Moreover, the government has not requested an extension of time pursuant to Local Rule 430.1(f). Khan chose not to file a reply brief.

Given the lack of a written opposition or statement of non-opposition on file, the court is uncertain whether Khan still intends to pursue the motion to compel, whether the government has any procedural or substantive opposition the motion, or whether the parties have either altered the briefing schedule or resolved their discovery dispute without court intervention. Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for the parties shall meet and confer regarding the issues outlined above that pertain to the motion to compel.

2. Plaintiff shall show cause in writing no later than Friday, February 17, 2012, at 5:00 p.m., why: (1) it failed to timely file a opposition or statement of non-opposition to the pending motion to compel; and (2) the court should consider any late opposition to the motion from the government or request for extension of time. If the parties have either privately

////
////
////
////
////

1  modified the briefing schedule or resolved their discovery dispute without court intervention,
2  they shall jointly explain as much through a writing filed no later than Friday, February 17, 2012,
3  at 5:00 p.m.
4        IT IS SO ORDERED.
5  DATED:  February 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE