PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-0175-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| WQAS KHAN, | |
| Defendant. | |

**STIPULATION**

The United States, by and through Assistant United States Attorney Jason Hitt and counsel for defendant Wqas Khan, , Esq., hereby stipulate and agree to a briefing schedule on the motion for early termination of supervised release filed by the defendant. ECF 341.

1

The parties respectfully request that the Court adopt the proposed schedule set forth below.

1. Government's opposition brief:  November 12, 2024
2. Defendant's reply:  November 26, 2024

IT IS SO STIPULATED.

Dated:  October 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated:  October 21, 2024

/s/ *Brian Ford, Esq.*
BRIAN FORD, Esq.
Counsel for Defendant
WQAS KHAN
Authorized to sign for Mr. Ford on 10-17-24

**ORDER**

The Court accepts the stipulation of the parties regarding briefing schedule on the defendant's motion for early termination of supervised release, filed at ECF 341.

Accordingly, the Court ADOPTS the stipulation and sets the following schedule for filings on the defendant's motion:

1. Government's opposition brief:    November 12, 2024
2. Defendant's reply:                November 26, 2024

IT IS SO ORDERED.

DATED: October 23, 2024.

UNITED STATES DISTRICT JUDGE